IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALI ALI-BEY                                                                          PLAINTIFF

v.                            No. 4:25-cv-1154-DPM

RICHARD SZABAD, individually;
TREY DAVIS, individually; JAMES
KLEISER, Individually; and
JOHNATHAN ROLLINS, Individually                             DEFENDANTS

## ORDER

The Court screened, narrowed, and ordered service on Ali-Bey's initial claims against Davis and Szabad. *Doc. 5*. Service remains pending. Ali-Bey has filed an amended complaint. The Court must screen it, too. 28 U.S.C. § 1915(e)(2).

When Ali-Bey amended his complaint, he abandoned his official-capacity claims that the Court rejected in *Doc. 5*. He reiterates his individual-capacity claims against Szabad and Davis, and names the two officers involved with one of his arrests. *Doc. 7*. Ali-Bey clarifies that it was Officers Kleiser and Rollins, rather than Davis, who arrested him the second time. In describing the second arrest, he says he was near Szabad's dumpster but not committing any crimes when the officers approached him. The officers acknowledged that Ali-Bey had no warrants and his previous charges had been dropped, but they arrested him anyway. He says Officers Kleiser and Rollins had no

probable cause to arrest him.  Ali-Bey again suggests that the arrest was made with Szabad's urging.

The Court's rulings against Szabad and Davis, *Doc. 5*, stand.  The Court will also allow Ali-Bey's unlawful arrest and malicious prosecution claims against Kleiser and Rollins to proceed.

The Court directs the Clerk to reissues summonses for Szabad and Davis and to issue summonses for Kleiser and Rollins, and deliver them, along with a copy of the complaint, the amended complaint and the initial screening Order, and this Order to the United States Marshal for service.  The Marshal must serve these papers on Szabad by restricted delivery, return receipt request at 205 Progress Way, Bryant, Arkansas 72022.  *Doc. 2 at 2* in *Bey v. Szabad*, No. 4:24-cv-183-DPM (E.D. Ark. 28 February 2024).  The Marshal must serve Davis by restricted delivery, return receipt requested at the Arkansas State Police, One State Police Plaza Drive, Little Rock, Arkansas 72209, where he last worked.  *Doc. 15* in *Bey v. Szabad*, No. 4:24-cv-183-DPM (E.D. Ark. 13 August 2024).  The Marshal must serve Officers Kleiser and Rollins by restricted delivery, return receipt requested at the Bryant Police Department, 312 Roya Lane, Bryant, Arkansas 72022.  Ali-Bey does not have to prepay the fees and costs or security.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>12 January 2026</u>

-3-