## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

ALI ALI-BEY                                                              PLAINTIFF

v.                          No. 4:25-cv-1154-DPM

RICHARD SZABAD, individually;
TREY DAVIS, individually;  JAMES
KLEISER, Individually;  and
JOHNATHAN ROLLINS, Individually            DEFENDANTS

## ORDER

The Court gave Ali-Bey until 26 March 2026 to provide an updated address for Rollins.  *Doc. 21.*  He did not update Rollins's address;  and the time to do so has passed.  Rollins is therefore dismissed as a defendant.  LOCAL RULE 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 April 2026