# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ALI ALI-BEY**                                                    **PLAINTIFF**

**v.**                              **No. 4:25-cv-1154-DPM**

**RICHARD SZABAD, individually;**
**TREY DAVIS, individually; and JAMES**
**KLEISER, Individually**                              **DEFENDANTS**

## ORDER

Szabad's lawyer hasn't responded to the Court's show cause Order about citation-related problems in a recent brief. *Doc. 28 at 3–5.* Unless he responds by 22 May 2026, and provides a good reason for his tardiness in responding, the Court will rule based on materials currently of record.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____13 May 2026_____