# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ALI ALI-BEY**                                                   **PLAINTIFF**

**v.**                          **No. 4:25-cv-1154-DPM**

**RICHARD SZABAD, individually;**
**TREY DAVIS, individually; and JAMES**
**KLEISER, Individually**                          **DEFENDANTS**

## ORDER

Ali-Bey moves for leave to file a third amended complaint in order to add Johnathan Rollins back into this case. He says he now has good service information for Rollins. No one has objected. Ali-Bey's motion, *Doc. 32*, is therefore granted. Third amended complaint due by 29 May 2026. Ali-Bey must do what he says he will: his third amended complaint should be the same as the operative one, *Doc. 7*, with the addition of the new service information. Its only purpose is to add his claims against Rollins back in. No other alterations.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 May 2026