# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

ALI ALI-BEY                                                      PLAINTIFF

v.                              No. 4:25-cv-1154-DPM

RICHARD SZABAD, individually;
TREY DAVIS, individually;  JAMES
KLEISER, individually;  and
JOHNATHAN ROLLINS, individually          DEFENDANTS

## ORDER

Szabad's lawyer's declaration, *Doc. 36*, is appreciated. Apology accepted.   The inaccurate citations are withdrawn. As promised, counsel must complete three hours of continuing legal education on the ethical use of artificial intelligence within ninety days of this Order.  He must also read the American Bar Association's recent formal opinion on AI, Generative Artificial Intelligence Tools.  A.B.A., Formal Op. 24-512 (2024).  In due course, Szabad's lawyer must file a notice that he's done these things.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
21 May 2026