IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALI ALI-BEY**                                                                 **PLAINTIFF**

v.                                      No. 4:25-cv-1154-DPM

**RICHARD SZABAD, individually;
TREY DAVIS, individually; JAMES
KLEISER, individually; and
JOHNATHAN ROLLINS, individually**                      **DEFENDANTS**

## ORDER

1. Ali-Bey filed his third amended complaint, *Doc. 37.* Officers Davis and Kleiser move to strike it, saying that Ali-Bey included new allegations. The Court has compared *Doc. 37* with *Doc. 7* (the former operative complaint). Except for Rollins's service information, they appear to be identical. Motion to strike, *Doc. 38*, denied.

2. The Court's earlier screening Order, *Doc. 8*, remains in effect.

3. The Court directs the Clerk must prepare summons for Johnathan Rollins and provide copies of the summons along with *Doc. 8*, *Doc. 37*, and this Order to the Marshal, who must serve process, without prepayment of fees, by registered mail, restricted delivery, return receipt required, to Johnathan Rollins, technician in the Emergency Room Department at Baptist Medical Center, 9601 Kanis Road, Little Rock, Arkansas 72205. This is the address that Ali-Bey

provided. *Doc. 37 at 1.* A public records search, *Stutzka v. McCarville*, 420 F.3d 757, 760 n.2 (8th Cir. 2005), shows the address listed as Baptist Health Medical Center-Little Rock Emergency Department, 9601 Baptist Health Drive, Little Rock, Arkansas 72205. Out of an abundance of caution, the Court directs the Marshal to serve process at both addresses.

So Ordered.

D.P. Marshall Jr.
United States District Judge

11 June 2026