**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ALI ALI-BEY** **PLAINTIFF**

**v.** **No. 4:25-cv-1154-DPM**

**RICHARD SZABAD, individually; TREY DAVIS, individually; JAMES KLEISER, Individually; and JOHNATHAN ROLLINS, Individually** **DEFENDANTS**

**ORDER**

Ali-Bey's motion, *Doc. 51*, is denied. In general, only licensed attorneys are permitted to file electronically. LOCAL RULE 5.1.

So Ordered.

DPMarshall Jr.
D.P. Marshall Jr.
United States District Judge

1 October 2026